*eral Samuel O. Clark, Jr., Mr. Sewall Key, Miss Helen R. Carloss,* and *Mrs. Muriel S. Paul* for respondent.

No. 459. HELTON *v.* UNITED STATES. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. R. W. Price* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.

No. 460. ACME BREWING CO. *v.* ANGLIM, COLLECTOR OF INTERNAL REVENUE. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Theodore J. Roche* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, J. Louis Monarch,* and *Miss Melva M. Graney* for respondent.

No. 463. GOLDWASSER *v.* COMMISSIONER OF INTERNAL REVENUE. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Clarence N. Goodwin* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Bernard Chertcoff* for respondent. *Mr. Ewing Everett,* as *amicus curiae,* filed a brief in support of the petition.

No. 464. INTERSTATE MOTOR FREIGHT SYSTEM *v.* DU-BROCK. November 6, 1944. Petition for writ of certiorari